DANIEL G. BOGDEN
United States Attorney
District of Nevada
SARAH E. GRISWOLD
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336
Fax: 702-388-6418

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  2:15-cr-18-APG-VCF |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR PROTECTIVE** |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| JASON DEMKO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between the parties, Daniel G. Bogden,

United States Attorney for the District of Nevada, Sarah E. Griswold, Assistant United States

Attorney, counsel for the United States, and Benjamin Nadig, counsel for defendant JASON

DEMKO, that this Court issue an Order protecting from disclosure to the public any discovery

documents containing the personal identifying information such as social security numbers,

drivers license numbers, dates of birth, or addresses, of participants, witnesses and victims in

this case.  Such documents shall be referred to hereinafter as "Protected Documents."  The

parties state as follows:

1    1.    Protected Documents which will be used by the government in its case in chief

2  include personal identifiers, including social security numbers, drivers license numbers, dates of

3  birth, and addresses, of participants, witnesses, and victims in this case.

4    2.    Discovery in this case is voluminous.  Many of the documents include personal

5  identifiers.  Redacting the personal identifiers of participants, witnesses, and victims would

6  prevent the timely disclosure of discovery to defendants.

7    3.    The United States agrees to provide Protected Documents without redacting the

8  personal identifiers of participants, witnesses, and victims.

9    4.    Access to Protected Documents will be restricted to persons authorized by the

10  Court, namely defendant, attorney(s) of record and attorneys' paralegals, investigators, experts,

11  and secretaries employed by the attorney(s) of record and performing on behalf of defendant.

12    5.    The following restrictions will be placed on defendant, defendant's attorney(s)

13  and the above-designated individuals unless and until further ordered by the Court.  Defendants,

14  defendants' attorneys and the above-designated individuals shall not:

15    a.  make copies for, or allow copies of any kind to be made by any other person of

16      Protected Documents;

17    b.  allow any other person to read Protected Documents; and,

18    c.  use Protected Documents for any other purpose other than preparing to defend

19      against the charges in the Superseding Indictment or any further superseding

20      indictment arising out of this case.

21    6.    Defendant's attorney(s) shall inform any person to whom disclosure may be

22  made pursuant to this order of the existence and terms of this Court's order.

23  / / /

24  / / /

2

7.      The requested restrictions shall not restrict the use or introduction as evidence of discovery documents containing personal identifying information such as social security numbers, drivers license numbers, dates of birth, and addresses during the trial of this matter.

8.      Upon conclusion of this action, defendant's attorney(s) shall return to government counsel or destroy and certify to government counsel the destruction of all discovery documents containing personal identifying information such as social security numbers, drivers license numbers, dates of birth, and addresses within a reasonable time, not to exceed thirty days after the last appeal is final.

DANIEL G. BOGDEN
United States Attorney


/s/ Sarah E. Griswold                                    February 4, 2015
SARAH E. GRISWOLD                                  DATE
Assistant United States Attorney




/s/ Benjamin Nadig                                       February 4, 2015
BENJAMIN NADIG                                        DATE
Counsel for Jason Demko



**ORDER**

IT IS SO ORDERED this ___5th___ day of ___February_____, 2015.


_____
UNITED STATES MAGISTRATE JUDGE

3