# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-018-KJD-NJK |
| Plaintiff, | 2:15-CR-174-KJD-BNW |
| | 2:18-CR-023-KJD-BNW |
| v. | **Final Order of Forfeiture** |
| JASON DEMKO, | |
| Defendant. | |

The United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p) based upon the plea of guilty by Jason Demko to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement, the Forfeiture Allegations of the Criminal Indictment in *United States of America v. Jason Demko et al*, Case No. 2:15-CR-018-KJD-NJK (*Demko*), the Forfeiture Allegations of the Superseding Indictment in *United States of America v. Michael Jones et al*, Case No.: 2:15-CR-174-KJD-BNW (*Jones*), and the Forfeiture Allegations of the Criminal Information in *United States of America v. Jason Demko*, Case No. 2:18-CR-023-KJD-BNW (*Jones II*). *Demko* Criminal Indictment, ECF No. 26; *Demko* Change of Plea, ECF No. 155; *Demko* Plea Agreement, ECF No. 157; *Demko* Amended Preliminary Order of Forfeiture, ECF No. 241; *Jones* Superseding Indictment, ECF No. 38; *Jones* Change of Plea, ECF No. 207; *Jones* Plea Agreement, ECF No. 211; *Jones* Amended Preliminary Order of Forfeiture, ECF No. 340; *Jones II* Criminal Information, ECF No. 8; *Jones II* Change of Plea, ECF No. 12; *Jones II* Plea Agreement, ECF No. 19; *Jones II* Amended Preliminary Order of Forfeiture, ECF No. __.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $1,200,471 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from May 13, 2021, through June 11, 2021, notifying all potential third parties of their right to petition the Court. *Jones* Notice of Filing Proof of Publication Exhibits, ECF No. 378-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386.

**Individuals Served:**

On May 11, 2021, the United States Attorney's Office served Andrea Smith with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 2-4.

On May 11, 2021, the United States Attorney's Office attempted to serve Andrea Tellison with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 5-9.

On May 11, 2021, the United States Attorney's Office served Bernard Tufo on Barben Ave. with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt

requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 10-13.

On May 11, 2021, the United States Attorney's Office served Bernard Tufo on Coffeen St. with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 14-17.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Catherine Lingo with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned. The regular mail was not returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 18-21.

On May 11, 2021, the United States Attorney's Office served Charles Belson with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 22-24.

On May 11, 2021, the United States Attorney's Office served Charlotte McDonell or Baker or Barnes with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 25-27.

On May 11, 2021, the United States Attorney's Office served Cheryl Splan with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 28-31.

On May 11, 2021, the United States Attorney's Office served Corey Christian on County Rd. with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 32-34.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Corey Christian on Christian Ranch Rd. with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned. The regular mail was not returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 35-38.

On May 11, 2021, the United States Attorney's Office served Debra Hansen with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 39-42.

On May 11, 2021, the United States Attorney's Office served Ernest Yourgulez with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 43-46.

On May 11, 2021, the United States Attorney's Office served Gerald Cross with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 47-49.

On May 11, 2021, the United States Attorney's Office served Glenn Pringle with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of

Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-2, p. 50-53.

On May 11, 2021, the United States Attorney's Office served Harold Champion with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 2-4.

On May 11, 2021, the United States Attorney's Office served Joan Smith or Mitchell in Portland, OR with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 5-7.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Joan Smith or Mitchell in Canby, OR with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned. The regular mail was not returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 8-11.

On May 11, 2021, the United States Attorney's Office served John Huber with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 12-15.

On May 11, 2021, the United States Attorney's Office served John Wilson with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested.

*/ / /*

*Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 16-19.

On May 11, 2021, the United States Attorney's Office attempted to serve Kenneth Wilcox with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 20-24.

On May 11, 2021, the United States Attorney's Office served The Estate of Kevin Wagner with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 25-27.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Linda Sheffey with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned. The regular mail was not returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 28-31.

On May 11, 2021, the United States Attorney's Office served Mateo Mazzuillo or Mazzullo with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 32-35.

On May 11, 2021, the United States Attorney's Office served Matthew Folkens with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 36-38.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Melba Jones with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown. Neither mailing was returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 39-42.

On May 11, 2021, the United States Attorney's Office served Michael Teague with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 43-46.

On May 11, 2021, the United States Attorney's Office served Paul Hoffman with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-3, p. 47-49.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Paul Piantone with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown. Neither mailing was returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 6, 14-16, 18-53; 386-4, p. 2-5.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Phillip Smith in Annandale, NJ with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown. Neither mailing was returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 6-9.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Phillip Smith in West Brunswick, NJ with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown. Neither mailing was returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 10-13.

On May 11, 2021, the United States Attorney's Office served Raymond Boisjolie with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 14-16.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Robert Lee Kiser with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned. The regular mail was not returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 17-20.

On May 11, 2021, the United States Attorney's Office attempted to serve Robin Stoot with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 21-25.

On May 11, 2021, the United States Attorney's Office served Rose Castillo on Early Star Way with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 26-28.

/ / /

On May 11, 2021, the United States Attorney's Office served and attempted to serve Rose Castillo on San Remo Way with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown. Neither mailing was returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 29-32.

On May 11, 2021, the United States Attorney's Office served Sharon Talbott or Davis with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 33-35.

On May 11, 2021, the United States Attorney's Office served Timothy Woodward with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 36-38.

On May 11, 2021, the United States Attorney's Office served William Watt with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 39-42.

On May 11, 2021, the United States Attorney's Office served Willie Newton in Houma, LA with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 43-45.

On May 11, 2021, the United States Attorney's Office attempted to serve Willie Newton in Macon, GA with copies of the Preliminary Orders of Forfeiture, the Amended

Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 7, 14-16, 18-53; 386-4, p. 46-50.

**Businesses Served:**

On May 11, 2021, the United States Attorney's Office served 4-J Performance, Inc., c/o Keith D. James, President or Brenda James, Secretary, in Vincennes, IN with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 2-4.

On May 11, 2021, the United States Attorney's Office served 4-J Performance, Inc., c/o Keith D. James, President or Brenda James, Secretary, in Evansville, IN with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 5-7.

On May 11, 2021, the United States Attorney's Office served Alamo Hydro-Mulching with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 8-10.

On May 11, 2021, the United States Attorney's Office served Aliquippa Wholesale Tires with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 11-13.

On May 11, 2021, the United States Attorney's Office attempted to serve Amanda Management with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt

/ / /

requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 14-18.

On May 11, 2021, the United States Attorney's Office served Ambient Heating and Air, c/o Gary Welch, Vice President, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 19-21.

On May 11, 2021, the United States Attorney's Office served Ambient Heating and Air, c/o Raymond Boisjolie, President and Director, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 22-24.

On May 11, 2021, the United States Attorney's Office attempted to serve Anas Plumbing & Heating, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 25-29.

On May 11, 2021, the United States Attorney's Office served Andrus Tax Services, Inc., c/o Richard Ray Andrus, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 30-32.

On May 11, 2021, the United States Attorney's Office attempted to serve Ascension Glass & Mirror Inc., c/o John Kennedy, Director and Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 33-37.

On May 11, 2021, the United States Attorney's Office attempted to serve Auto Care Service Center, LLC, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 38-42.

On May 11, 2021, the United States Attorney's Office attempted to serve C&J Repairs Inc., c/o Izhak Kahana, CEO, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 43-47.

On May 11, 2021, the United States Attorney's Office served C.D. Westbrooks, Inc., c/o C.D. Westbrooks, President and Director, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 48-50.

On May 11, 2021, the United States Attorney's Office served C.D. Westbrooks, Inc., c/o Paula Westbrooks, Registered Agent and Secretary, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-5, p. 51-53.

On May 11, 2021, the United States Attorney's Office served Certified Pallet LLC, c/o Delmar Graber, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-6, p. 2-4.

On May 11, 2021, the United States Attorney's Office served Collective Contracting Inc., c/o David Nelson, President and Director, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular

mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-6, p. 5-7.

On May 11, 2021, the United States Attorney's Office attempted to serve Collective Contracting Inc., c/o Kellie Nelson, Treasurer, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-6, p. 8-12.

On May 11, 2021, the United States Attorney's Office served Colonial Marble Company, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-6, p. 13-15.

On May 11, 2021, the United States Attorney's Office attempted to serve Creative Bath and Kitchen Inc., c/o Les C. Bowers III, Vice President, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-6, p. 16-20.

On May 11, 2021, the United States Attorney's Office attempted to serve Creative Bath and Kitchen Inc., c/o Lester C. Bowers Jr., President, Secretary, and Treasurer, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-6, p. 21-25.

On May 11, 2021, the United States Attorney's Office served Crew Cut Enterprises LLC, c/o Jason Rohrbaugh, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular

mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process –
Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-6, p. 26-28.

On May 11, 2021, the United States Attorney's Office served Crystal Clear Pools &
Spas, c/o Archie Burnham, Registered Agent, CEO, and CFO, with copies of the
Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the
Notice through regular mail and certified mail return receipt requested. *Jones* Notice of
Filing Service of Process – Mailing, ECF No. 386-1, p. 9, 14-16, 18-53; 386-6, p. 29-31.

On May 11, 2021, the United States Attorney's Office attempted to serve Crystal
Clear Pools & Spas, c/o Archie Burnham, Registered Agent, CEO, and CFO, with copies
of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and
the Notice through regular mail and certified mail return receipt requested. Both mailings
were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-
1, p. 9, 14-16, 18-53; 386-6, p. 32-36.

On May 11, 2021, the United States Attorney's Office attempted to serve Decoshield
Systems LLC, c/o Linda Camm, Registered Agent, with copies of the Preliminary Orders
of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through
regular mail and certified mail return receipt requested. Both mailings were returned to
sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-
53; 386-6, p. 37-41.

On May 11, 2021, the United States Attorney's Office attempted to serve Dueck
Construction LLC, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the
Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and
certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice
of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-6, p. 42-46.

On May 11, 2021, the United States Attorney's Office attempted to serve Economy
Brokerage LLC, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the
Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and

/ / /

14

certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-6, p. 47-51.

On May 11, 2021, the United States Attorney's Office served Fairfield Glass Company LTD, c/o Mickey Bainbridge, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 2-4.

On May 11, 2021, the United States Attorney's Office attempted to serve Flambeau Lodge & Campground, c/o April Bower, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 5-9.

On May 11, 2021, the United States Attorney's Office served Freeburg Home Center Inc., c/o Becky Wilde, Co-Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 10-12.

On May 11, 2021, the United States Attorney's Office served Freeburg Home Center Inc., c/o Michael Wilde, Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 13-15.

On May 11, 2021, the United States Attorney's Office attempted to serve Garners Four Seasons Heating and Air Conditioning LLC, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were

/ / /

returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 16-20.

On May 11, 2021, the United States Attorney's Office served Gravytrain Express LLC, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 21-23.

On May 11, 2021, the United States Attorney's Office attempted to serve Helvey Enterprises LLC, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 24-28.

On May 11, 2021, the United States Attorney's Office served Henneke Farms, c/o Glen Henneke, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 29-31.

On May 11, 2021, the United States Attorney's Office served and attempted to serve HGBS Inc., c/o Home Grown Business & Success, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown. Neither mailing was returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 32-36.

On May 11, 2021, the United States Attorney's Office served IHC Transport Inc., fka Tally Transport Inc., c/o Danny Tally, Secretary, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 37-39.

On May 11, 2021, the United States Attorney's Office served IHC Transport Inc., fka Tally Transport Inc., c/o Jeffrey Mollet, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 40-42.

On May 11, 2021, the United States Attorney's Office served IHC Transport Inc., fka Tally Transport Inc., c/o Roy Tally, President, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 43-45.

On May 11, 2021, the United States Attorney's Office attempted to serve Illini Taxi, c/o Duane Edwards, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 46-50.

On May 11, 2021, the United States Attorney's Office served Inner Circle Corporation Attn. Michael Jones, Owner & Manager, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 51-53.

On May 11, 2021, the United States Attorney's Office attempted to serve International Building Corp. c/o Ronald Rose, Registered Agent and President, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 54-58.

On May 11, 2021, the United States Attorney's Office served International Building Corp. c/o Ronald Rose, Registered Agent and President, with copies of the Preliminary

Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-7, p. 59-62.

On May 11, 2021, the United States Attorney's Office served J & N Auto Service, c/o Christy Lopez or Johnny Lopez, Managers, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-8, p. 2-4.

On May 11, 2021, the United States Attorney's Office served Johnson Septic Services LLC, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-8, p. 5-7.

On May 11, 2021, the United States Attorney's Office attempted to serve Keith & Bills Lock Service, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-8, p. 8-12.

On May 11, 2021, the United States Attorney's Office served Lake Oil Company, c/o Donald Pauler, Director, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-8, p. 13-15.

On May 11, 2021, the United States Attorney's Office attempted to serve Lake Oil Company, c/o M E Tillery Jr, Secretary and Director, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to

/ / /

sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-8, p. 16-20.

On May 11, 2021, the United States Attorney's Office served Lake Oil Company, c/o Richard P. LeBlanc Jr., Vice President and Director, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 10, 14-16, 18-53; 386-8, p. 21-23.

On May 11, 2021, the United States Attorney's Office served Lake Oil Company, c/o Robert Pauler, Registered Agent, Director, and Treasurer, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-8, p. 24-26.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Lake Oil Company, c/o Wanda Pauler, President and Director, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned. The regular mail was not returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-8, p. 27-30.

On May 11, 2021, the United States Attorney's Office served Lalo's Mini Mart, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-8, p. 31-34.

On May 11, 2021, the United States Attorney's Office attempted to serve Lehman & Sons Enterprise, c/o Devon Lehman, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-8, p. 35-39.

On May 11, 2021, the United States Attorney's Office served Lehman & Sons Enterprise, c/o Ora Lehman, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-8, p. 40-42.

On May 11, 2021, the United States Attorney's Office served Lehman & Sons Enterprise, LLC, c/o Business Commercial Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-8, p. 43-45.

On May 11, 2021, the United States Attorney's Office served Lemajru Dairy Farm LLC, c/o Julie Ann Nelkie, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-8, p. 46-48.

On May 11, 2021, the United States Attorney's Office served Loomis Products Co., c/o Erick Hauck Co, Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-8, p. 49-52.

On May 11, 2021, the United States Attorney's Office served M & M Services LLC, c/o Stephen Mahaffey, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 2-5.

On May 11, 2021, the United States Attorney's Office served M.R. Brewer, c/o Arnold C. MacDonald, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular

mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 6-8.

On May 11, 2021, the United States Attorney's Office served Mariposa Holdings LLC with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 9-11.

On May 11, 2021, the United States Attorney's Office attempted to serve Mariposa Holdings LLC, c/o Edith Bush, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 12-16.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Maxium Cleaning Contractors, c/o Marian Scharler, President, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned. The regular mail was not returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 17-20.

On May 11, 2021, the United States Attorney's Office attempted to serve Miller Enterprises, fka Signs and Design, c/o Mark Miller, Registered Agent, on Driftwood Circle with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 21-25.

On May 11, 2021, the United States Attorney's Office served Miller Enterprises, fka Signs and Design, c/o Mark Miller, Registered Agent, on Central Avenue with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the

Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 26-28.

On May 11, 2021, the United States Attorney's Office attempted to serve MJE Development, LLC, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 29-33.

On May 11, 2021, the United States Attorney's Office served Montana Woodworks Inc., C/o Greg or Nita Holcombe, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 34-37.

On May 11, 2021, the United States Attorney's Office attempted to serve Moon Plumbing & Mechanical, c/o Robert Moon, Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 38-42.

On May 11, 2021, the United States Attorney's Office served and attempted to serve Morning Dove Spa LLC, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned. The regular mail was not returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 43-46.

On May 11, 2021, the United States Attorney's Office attempted to serve Napoli's Pizza Cuisine Inc., c/o Honorina Walley and Maurice Walley, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were

returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 47-51.

On May 11, 2021, the United States Attorney's Office served Napoli's Pizza Cuisine Inc., c/o Maurice Walley, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-9, p. 52-54.

On May 11, 2021, the United States Attorney's Office attempted to serve Newton Machine Specialties, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-10, p. 2-6.

On May 11, 2021, the United States Attorney's Office attempted to serve O'Kane Ag Servcies Inc. with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 11, 14-16, 18-53; 386-10, p. 7-11.

On May 11, 2021, the United States Attorney's Office served O'Kane Ag Servcies Inc., c/o Anne Leach, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 12-14.

On May 11, 2021, the United States Attorney's Office served Olessi & Groft LLC, c/o Samuel Olessi, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 15-17.

/ / /

On May 11, 2021, the United States Attorney's Office served and attempted to serve Palma Company, c/o William Clayton Carlton, Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. The status of the certified mail is unknown. Neither mailing was returned. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 18-22.

On May 11, 2021, the United States Attorney's Office served Penny Pinchers Inc., c/o Deborah Hunter or Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 23-25.

On May 11, 2021, the United States Attorney's Office served Perimeter Crating and Pkg., c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 26-28.

On May 11, 2021, the United States Attorney's Office attempted to serve Randall Electric Inc., c/o Randolph R & Diane S. Randall, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 29-33.

On May 11, 2021, the United States Attorney's Office served RMR Services & Repair LLC with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 34-36.

/ / /

On May 11, 2021, the United States Attorney's Office served Spradley Construction Company, c/o Ruth or Jon Spradley, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 37-40.

On May 11, 2021, the United States Attorney's Office attempted to serve St. Joe Sand and Gravel LLC, c/o David A. Nixon, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 41-45.

On May 11, 2021, the United States Attorney's Office served Taco John's, c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-10, p. 46-49.

On May 11, 2021, the United States Attorney's Office attempted to serve Tempcon Inc., c/o Owner, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 2-6.

On May 11, 2021, the United States Attorney's Office served The Funny Farm with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 7-9.

On May 11, 2021, the United States Attorney's Office attempted to serve Thunderin' Enterprises, Inc., c/o Deborah Spencer, Chief Executive Officer, with copies of the

Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 10-14.

On May 11, 2021, the United States Attorney's Office attempted to serve Thunderin' Enterprises, Inc., c/o Jeffrey Greene, Principal Executive Office, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 15-19.

On May 11, 2021, the United States Attorney's Office served Topballerz.Net LLC, c/o Trevor Hairston or Aaron Hairston, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 20-22.

On May 11, 2021, the United States Attorney's Office served Topballerz.net LLC, c/o United States Corporation Agents, Inc., Registered Agent, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 23-25.

On May 11, 2021, the United States Attorney's Office served Trinity Auto Center, c/o Grady Lee Stowe or Robbie Stowe, Member/Manager, in Goldsboro, NC with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 26-28.

On May 11, 2021, the United States Attorney's Office served Trinity Auto Center, c/o Grady Lee Stowe or Robbie Stowe, Member/Manager, in Pikeville, NC with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and

the Notice through regular mail and certified mail return receipt requested. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 29-31.

On May 11, 2021, the United States Attorney's Office attempted to serve United Mechanical Services, c/o Owner or Rebecca Luallen, Manager, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 32-36.

On May 11, 2021, the United States Attorney's Office attempted to serve United Mechanical Services, LLC, with copies of the Preliminary Orders of Forfeiture, the Amended Preliminary Orders of Forfeiture, and the Notice through regular mail and certified mail return receipt requested. Both mailings were returned to sender. *Jones* Notice of Filing Service of Process – Mailing, ECF No. 386-1, p. 12, 14-16, 18-53; 386-11, p. 37-41.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

The property listed in the *Jones* Superseding Indictment, namely:

1. $50,018.53; and

2. $8,252.04

(all of which constitutes property); and

that the United States recover from Jason Demko a total in personam criminal forfeiture money judgment of $1,200,471, divided among the consolidated indictments and information as follows:

/ / /

1. $398,122 in *Demko*, not to held jointly and severally liable with any codefendants, with the total amount collected in that matter not to exceed $398,122;

2. $298,319 in *Jones*, not to be held jointly and severally liable with any codefendants, with the total amount collected in that matter not to exceed $3,574,992.35, and that the property will be applied toward the $3,574,992.35 amount, not the defendant's $298,319 amount; and

3. $504,030 in *Jones II*, not to be held jointly and severally liable with any codefendants, with the total amount collected in that matter not to exceed $7,934,095.32;

and the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED <u>February 15,</u> 2022.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE