UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON DEMKO,<br><br>　　　　　　　　　　Defendant. | Case No. 2:15-cr-00018-KJD-NJK-1<br><br>**ORDER** |

　　Presently before the Court is Defendant's pro se Motion for Copy of Docket and Minutes (#263). Defendant's motion requests copies of the docket sheet and minutes for the present matter, as well as for cases 2:15-cr-00174-KJD-BNW and 2:18-cr-00023-KJD-BNW. (#263). Since Defendant's request was already satisfied in cases 2:15-cr-00174-KJD-BNW and 2:18-cr-00023-KJD-BNW, the Court grants in part and denies in part Defendant's motion.

　　Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Copy of Docket and Minutes (#263) is **DENIED** in part and **GRANTED** in part. The Clerk of the Court is kindly directed to send Defendant the following:

　　1. A copy of the docket sheet and minutes in case 2:15-cr-00018-KJD-NJK-1, specifically limited to the unsealed portions of the docket pertaining to Demko.

Dated this 12th day of April 2024.

_____
Kent J. Dawson
United States District Judge